UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREENBERG, MILDRED | ) | CASE NO. 06 B 15792 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

Social Security/Employer Tax ID Number:   XXX-XX-8135

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 619, CHICAGO, IL

   On: **JULY 18, 2007**           Time: **9:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $2,877.94 |
   | Disbursements | $2.75 |
   | Net Cash Available for Distribution | $2,875.19 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | Phillip D. Levey<br>Trustee | $0.00 | $719.49 | $33.20 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $18,359.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $4,439.81 | $513.28 |
| 3 | CHASE BANK USA, N.A. | $9,108.25 | $1,052.98 |
| 4 | KOHLS/CHASE BANK USA,N.A. | $385.41 | $44.56 |
| 5 | ECAST SETTLEMENT CORPORATION | $368.31 | $42.58 |
| 6 | TARGET NATIONAL BANK | $4,057.70 | $469.10 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| HOUSEHOLD FURNISHINGS | $100.00 |
| WEARING APPAREL | $200.00 |
| Avon 401(k) | $26,382.00 |
| Avon Pension Plan | $26,208.62 |
| 2005 Toyota Corolla | $13,950.00 |
| Security Deposit | $1,070.00 |

Dated: **June 20, 2007**                                   For the Court,

By:   **KENNETH S. GARDNER**
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street; 7th Floor
        Chicago, IL 60604

Trustee:     Phillip D. Levey
Address:     2722 North Racine Avenue
             Chicago, IL  60614
Phone No.:   (773) 348-9682

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

5792    Doc 23    Filed 06/20/07    Entered 06/22/07 23:54:16    Desc Imaged
                        Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 1         Date Rcvd: Jun 20, 2007
Case: 06-15792                  Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on Jun 22, 2007.
db          +Mildred Greenberg,    9301 Kenton, #413,    Skokie, IL 60076-1375
aty         +Kris Tsitsis,    Law Office of Kris Tsitsis,    440 West Irving Park Road,
               Schaumburg, IL 60172-1138
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
cr          +Household Bank (SB), N.A. (Filene's Bas,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11040096     Bank of America,    P.O. Box 60069,    City of Industry, CA 91716-0069
11040097     Bankcard Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
11040098     Capital One,    P.O. Box 30285,    Salt Lake City, Utah 84130-0285
11040099     CarMax Auto Finance,    P.O. Box 440609,    Kennesaw, GA 30160-9511
11040100     Carson Pirie Scott,    P.O. Box 17633,    Baltimore, MD 21297-1633
11040101    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11208643    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11181403    +Household Bank (SB) NA (Filene's Basement),    c/o Bass & Associates PC,
               3936 E Ft. Lowell RD Suite 200,    Tucson, AZ 85712-1083
11040103     JC Penney,    P.O. Box 981131,    19850-5153
11040106    +Kohls,    P.O. Box 3043,    Milwaukee, WI 53201-3043
11245298    +Kohls/Chase Bank USA,N.A.,    P O Box 740933,    Dallas, TX 75374-0933
11245299    +Kohls/Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
11040107    +MBNA America,    P .O. Box 1513 7,    Wilmington, DE 19850-5137
11040108    +Target,    P.O. Box 59317,    Minneapolis, MN 55459-0317
11314732    +Target National Bank,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
               Seattle, WA 98121-2339
11040109    +Value City,    P.O. Box 15521,    Wilmington, DE 19850-5521,    53201-3043
11289331     eCAST Settlement Corporation,    Assignee of Household Bank,    P.O. Box 7247-6971,
               Philadelphia, PA 19170-6971
The following entities were served by electronic transmission on Jun 21, 2007.
11040102    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2007 10:15:54     Discover,    P.O. Box 15192,
               Wilmington, DE 19850-5192
11198589     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2007 10:15:54
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11040105     El Paso, TX 79998
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2007**            **Signature:** *Joseph Speetjens*