IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| GREENBERG, MILDRED | ) | CASE NO. 06 B 15792 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 9-27-07

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREENBERG, MILDRED | ) | CASE NO. 06 B 15792 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $719.49 |
| 2. | Trustee's expenses | $33.20 |
| | TOTAL | $752.69 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

**ENTERED**

JUL 1 8 2007

**Judge Jacqueline P. Cox**
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREENBERG, MILDRED | ) | CASE NO. 06 B 15792 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $752.69 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(10)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,126.75 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $2,879.44 |

EXHIBIT D

Case 06-15792    Doc 28    Filed 10/05/07    Entered 10/05/07 12:30:39    Desc Main
Document    Page 4 of 8

# FINAL DISTRIBUTION

Case Number: 06-15792    JPC    Page 1    Date: July 25, 2007
Debtor Name: GREENBERG, MILDRED

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,879.44 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $719.49*<br>$719.49 | $0.00 | $719.49 | $719.49 | $2,159.95 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $33.20*<br>$33.20 | $0.00 | $33.20 | $33.20 | $2,126.75 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type | | | $752.69*<br>$752.69 | $0.00 | $752.69 | $752.69 | |
| | Subtotals For Class Administrative  100.00000 % | | | $752.69*<br>$752.69 | $0.00 | $752.69 | $752.69 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Discover Bank<br>Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsec | 070<br>Percent Paid: 11.58383 % | $4,439.81*<br>$4,439.81 | $0.00 | $4,439.81 | $514.30 | $1,612.45 |
| 000002 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsec | 070<br>Percent Paid: 11.58403 % | $4,453.46*<br>$4,453.46 | $0.00 | $4,453.46 | $515.89 | $1,096.56 |
| 000003 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsec | 070<br>Percent Paid: 11.58398 % | $4,654.79*<br>$4,654.79 | $0.00 | $4,654.79 | $539.21 | $557.35 |
| 000004 | Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsec | 070<br>Percent Paid: 11.58507 % | $385.41*<br>$385.41 | $0.00 | $385.41 | $44.65 | $512.70 |
| 000005 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsec | 070<br>Percent Paid: 11.58263 % | $368.31*<br>$368.31 | $0.00 | $368.31 | $42.66 | $470.04 |

**FINAL DISTRIBUTION**

Case Number: 06-15792   JPC                                    Page 2                                      Date: July 25, 2007
Debtor Name: GREENBERG, MILDRED

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| 000006 | Target National Bank c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Unsec | 070 Percent Paid: 11.58390 % | $4,057.70 * $4,057.70 | $0.00 | $4,057.70 | $470.04 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $18,359.48 * $18,359.48 | $0.00 | $18,359.48 | $2,126.75 | |
| | Subtotals For Class Unsecured | 11.58393 % | | $18,359.48 * $18,359.48 | $0.00 | $18,359.48 | $2,126.75 | |
| << Totals >> | | | | $19,112.17 $19,112.17 | $0.00 | $19,112.17 | $2,879.44 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-15792 -JPC | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GREENBERG, MILDRED | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2096 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6993 | | |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/07 | 1, 2, 3 | Mildred Greenberg | Turnover by Debtor | 1129-000 | 2,870.00 | | 2,870.00 |
| 02/28/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.70 | | 2,870.70 |
| 03/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.43 | | 2,873.13 |
| 04/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.37 | | 2,875.50 |
| 05/08/07 | 000101 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 2.75 | 2,872.75 |
| 05/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.44 | | 2,875.19 |
| 06/29/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.35 | | 2,877.54 |
| 07/25/07 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.90 | | 2,879.44 |
| 07/25/07 | | Transfer to Acct #*******2384 | Final Posting Transfer | 9999-000 | | 2,879.44 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 2,882.19 | 2,882.19 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 2,879.44 | |
| Subtotal | | 2,882.19 | 2.75 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 2,882.19 | 2.75 | |

Page Subtotals     2,882.19     2,882.19

Ver: 12.52

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-15792 -JPC | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GREENBERG, MILDRED | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2384 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6993 | | |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/07 | | Transfer from Acct #*******2096 | Transfer In From MMA Account | 9999-000 | 2,879.44 | | 2,879.44 |
| 07/28/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 719.49 | 2,159.95 |
| 07/28/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 33.20 | 2,126.75 |
| 07/28/07 | 000103 | Discover Bank<br>Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 11.58383%<br>(1-1) 298616538439 | 7100-900 | | 514.30 | 1,612.45 |
| 07/28/07 | 000104 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000002, Payment 11.58403% | 7100-900 | | 515.89 | 1,096.56 |
| 07/28/07 | 000105 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000003, Payment 11.58398% | 7100-900 | | 539.21 | 557.35 |
| 07/28/07 | 000106 | Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000004, Payment 11.58507% | 7100-900 | | 44.65 | 512.70 |
| 07/28/07 | 000107 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000005, Payment 11.58263% | 7100-900 | | 42.66 | 470.04 |
| 07/28/07 | 000108 | Target National Bank<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000006, Payment 11.58390% | 7100-900 | | 470.04 | 0.00 |

Page Subtotals   2,879.44   2,879.44

Ver: 12.52

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 06-15792 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | GREENBERG, MILDRED | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2384 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6993 | | | |
| For Period Ending: | 09/27/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,879.44 | 2,879.44 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,879.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,879.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,879.44 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Money Market Account (Interest Earn - *******2096 | 2,882.19 | 2.75 | 0.00 |
| | Checking Account (Non-Interest Earn - *******2384 | 0.00 | 2,879.44 | 0.00 |
| | | 2,882.19 | 2,882.19 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 12.52